UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JONATHAN JIMENEZ** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:25-cv-00061-FB |
| | ) |
| **ACCOUNT SERVICES COLLECTIONS INC.** | ) |
| | ) |
|     **Defendant.** | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

COMES NOW the Plaintiff and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) hereby requests that this action against Defendant Account Services Collections Inc. be dismissed with prejudice pursuant to a settlement agreement among the parties.

Respectfully submitted,

Dated: March 21, 2025

By: s/ Tiffany Hill
Tiffany Hill, Esq. (OBA# 31332)
PO Box 803672
Dallas, TX 75380
(405) 456-9406
thlegalconsulting@gmail.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

                Respectfully submitted,

Dated: March 21, 2025       s/ Tiffany Hill